1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   Attorneys for Plaintiffs
5  LES JANKEY
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 LES JANKEY, an individual; and            )  CASE NO. CV-08-1876-MEJ
   DISABILITY RIGHTS ENFORCEMENT,            )
12 EDUCATION, SERVICES: HELPING              )  RETURN OF SERVICE RE DEFENDANTS
   YOU HELP OTHERS, a California public      )  LING K. KWOK; and 639 CLEMENT
13 benefit corporation,                      )  STREET INC., a California corporation
                                             )
14        Plaintiffs,                        )
                                             )
15 v.                                        )
                                             )
16 KING OF THAI NOODLE HOUSE; LING           )
   K. KWOK; and 639 CLEMENT STREET           )
17 INC., a California corporation            )
                                             )
18        Defendants.                        )
   _____   )

19
20
21
22
23
24
25
26
27
28

Return of service re defendants LING K. KWOK; and 639 CLEMENT STREET INC., a California corporation

                                                                                    1

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | | |
| Telephone No 415-674-8600   FAX No: 415-674-9900 | | | | | |
| | | | Ref No or File No.:<br>KING OF THAI NOODLE | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court Northern District Of California | | | | | |
| Plaintiff LES JANKEY, et al. | | | | | |
| Defendant KING OF THAI NOODLE, et al. | | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1876 MEJ | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. a  Party served:   LING K. KWOK

4. Address where the party was served:   257 8TH AVENUE, #A
   SAN FRANCISCO, CA 94118

5. I served the party:
   a  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 30, 2008 (2) at: 8:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. ANDY ESQUER

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2007-0001009
      (iii) County:   San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, May. 01, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS

   (ANDY ESQUER)
   6415036.thofr-fg.130136

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600  FAX No 415-674-9900 | |
| Ref. No. or File No.:<br>KING OF THAI NOODLE | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: KING OF THAI NOODLE, et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div. | Case Number:<br>CV 08 1876 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. a. Party served:  639 CLEMENT STREET INC., a California corporation
   b. Person served: THONGCHAI CHAICHANA, AGENT FOR SERVICE

4. Address where the party was served: 639 CLEMENT STREET
   SAN FRANCISCO, CA 94118

5. I served the party:
   b. by substituted service.  On: Fri., Apr. 25, 2008 at: 10:36AM by leaving the copies with or in the presence of:
   MANIT KASET, CHEF/PERSON IN CHARGE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: 639 CLEMENT STREET INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 190
       (iii) County: Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, Apr. 28, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(DOUG SCHROEDER)
6415039.thafr-fg.130140

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>KING OF THAI NOODLE |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.

Defendant: KING OF THAI NOODLE, et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1876 MEJ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED APRIL 21, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:      Mon, Apr. 28, 2008
   b. Place of Mailing:     SAN FRANCISCO, CA 94103
   c. Addressed as follows: 639 CLEMENT STREET INC., a California corporation
                            639 CLEMENT STREET
                            SAN FRANCISCO, CA 94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Apr. 28, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Apr. 28, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)
6815039.thofr-fg.130140