```
LAW OFFICES OF JANET BRAYER
JANET BRAYER (SBN 117397)
20 California Street, Suite 201
San Francisco, California 94111
Telephone: (415) 445-9555
Facsimile: (415) 445-9541

Attorney for Defendants
KING OF THAI NOODLE HOUSE,
639 CLEMENT STREET INC.,
A California Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KING OF THAI NOODLE HOUSE; LING K. KWOK; and 639 CLEMENT STREET, INC., a California corporation,<br><br>Defendants. | Case No. C 08 01876 MEJ<br><br>**STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendant King of Thai Noodle #2, Inc. and 639 Clement Street, Inc., that an extension has been granted to June 15, 2008 to file a responsive pleading.

Date: June 5, 2008

By _____
JANET BRAYER, ESQ.
Attorney for Defendant
KING OF THAI NOODLE #2

Date: June 9, 2008

By _____
THOMAS FRANKOVICH, ESQ.
Attorneys for Plaintiff
CRAIG YATES, et al.

-1-

STIPULATION AND ORDER RE: EXTENSION TO FILE RESPONSIVE PLEADING; ORDER

## ORDER

On the stipulation and agreement of the parties,

IT IS ORDERED that the Plaintiff's responsive pleading shall will be filed and served no later than June 15, 2008

DATED:_____

_____
United States District Judge