```
 1  LAW OFFICES OF JANET BRAYER
    JANET BRAYER (SBN 117397)
 2  20 California Street, Suite 201
    San Francisco, California 94111
 3  Telephone: (415) 445-9555
    Facsimile: (415) 445-9541
 4
 5  Attorney for Defendantss
    KING OF THAI NOODLE HOUSE,
 6  639 CLEMENT STREET INC.,
    A California Corporation
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KING OF THAI NOODLE HOUSE; LING K. KWOK; and 639 CLEMENT STREET, INC., a California corporation,<br><br>Defendants. | Case No. C 08 01876 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 15, 2008

                    LAW OFFICES OF JANET BRAYER

            By:  /S/__Janet Brayer_____
                 JANET BRAYER
                 Attorneys for Defendants
                 THAI SPEED, INC. dba CITIZEN THAI