1  LAW OFFICES OF JANET BRAYER
   JANET BRAYER (SBN 117397)
2  20 California Street, Suite 201
   San Francisco, California 94111
3  Telephone: (415) 445-9555
   Facsimile: (415) 445-9541
4

5  Attorney for Defendantss
   KING OF THAI NOODLE HOUSE,
6  639 CLEMENT STREET INC.,
   A California Corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | LES JANKEY, an individual; and DISABILITY      | Case No. C 08 01876 MEJ
   | RIGHTS ENFORCEMENT, EDUCATION,                 |
12 | SERVICES: HELPING YOU HELP OTHERS, a           | **DISCLOSURE OF NON-PARTY**
   | California public benefit corporation,          | **INTERESTED ENTITIES OR PERSONS**
13 |                                                 |
   |              Plaintiffs,                        |
14 |                                                 |
   |       vs.                                       |
15 |                                                 |
   | KING OF THAI NOODLE HOUSE; LING K.              |
16 | KWOK; and 639 CLEMENT STREET, INC., a           |
   | California corporation,                         |
17 |                                                 |
   |              Defendants.                        |
18

19

20

21     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
22 parties, there is no such interest to report.

23 Dated: June 15, 2008

24                                              LAW OFFICES OF JANET BRAYER

25

26                                  By:   /S/  Janet Brayer
                                          JANET BRAYER
27                                        Attorneys for Defendants
                                          THAI SPEED, INC. dba CITIZEN THAI
28