MERRILEE C. MILLER (S.B.N. 157100)
ATTORNEY AT LAW
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Tel: (415)348-4150
Fax: (800) 914-3772

Attorney for Defendant
LING K. KWOK

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>             Plaintiffs<br><br>vs.<br><br>KING OF THAI NOODLE HOUSE; LING K. KWOK; and 639 CLEMENT STREET INC., a California corporation<br><br>             Defendants. | Case No.:  CV-08-01876-MEJ<br><br>**DEFENDANT LING K. KWOK'S INITIAL EVIDENTIARY DISCLOSURE**<br><br>**[F.R.C.P. Rule 26(a)(1)]** |

Defendant LING K. KWOK hereby makes the following initial evidentiary disclosure based on information known to date:

Defendant reserves the right to withdraw, supplement, or otherwise amend this disclosure as discovery and investigation continue.  Objection is made on the ground that it seeks information and documents protected by the attorney/client privilege and work product doctrine, as well as information and documents that are inadmissible and not reasonably calculated to lead to the discovery of admissible evidence.

A.    **Witnesses**

Ling K. Kwok, defendant
Contact through defense counsel

---

DEFENDANT LING K. KWOK'S INITIAL EVIDENTIARY DISCLOSURE                                        1

Owners and employees of King of Thai Noodle House
Contact through defense counsel

Plaintiff Les Jankey
Address unknown to Defendant

Norman Rosenburg, former owner of property
San Jose, CA ?

**B.    Documents**

Building records and plans from the City and County of San Francisco not yet in the possession of Defendant

Letter dated December 20, 2007 from Plaintiff purportedly to the "Owner of Building" noting an incorrect address

The lease agreement for the King of Thai Noodle House, a copy of which will be provided to Plaintiff's counsel upon request

**C.    Damages** - Defendant does not seek damages.

**D.    Insurance Agreement** – Defendant is being defended under an American States Insurance

Company policy, a copy of which will be provided to Plaintiff's counsel upon request.

Dated: June   25 2008                    LAW OFFICES OF WILLIAM J. DIFFENDERFER

BY: _____
     MERRILEE C. MILLER
     Attorneys for Defendant
     LING K. KWOK

**PROOF OF SERVICE**

I, Cris Pacheco, declare:

I am over the age of 18 years and not a party to the within action; I am employed in the County of San Francisco, State of California and my business address is One Market, Spear Tower, Suite 2150, San Francisco, CA 94105.  On the date entered below, I served the following documents;

DEFENDANT LING K. KWOK'S INITIAL EVIDENTIARY DISCLOSURE

**[X]**     **By Mail [C.C.P. §1013A & 2015.5]:** I placed a true and correct copy of the foregoing document, address to the following party(ies) listed below or on the Service List, in a sealed envelope, and following ordinary business practices, placing the envelope for mailing and collection in the Law Offices, William J. Diffenderfer, Managing Attorney in the appropriate place for mail collected for deposit with the United States Postal Service in the City of San Francisco, California.

**[ ]**     **By Telecopier/Facsimile [California Rules of Court, rule nos. 2003(3), 2005 (I) and 2008(e)]:** A true copy of the aforementioned document was transmitted via facsimile to party(ies) listed below or on the Service list. The transmission was reported as complete and without error. A copy of the transmission report as properly issued by the transmitting facsimile machine is attached hereto. The time, date, and sending facsimile number is reflected on said transmission report.

| **Plaintiff's Attorney:** | **Attorney for King of Thai Noodle House, 639 Clement Street, Inc.** |
|---|---|
| Thomas E. Frankovich, Esq. | Janet Brayer, Esq. |
| Thomas E. Frankovich, APC | Law Offices of Janet Brayer |
| 2806 Van Ness Ave | 20 California Street, Ste. 201 |
| San Francisco, CA, 94109-1426 | San Francisco, CA 94111 |
| Tel: (415) 674-8600 | Tel: 415-445-9555 |
| Fax: (415) 674-9900 | Fax: 415-445-9541 |

I declare under penalty of perjury in accordance with the laws of the State of California that the foregoing is true and correct, and that this document was executed at San Francisco, California, on June 25, 2008.

Cris Pacheco