1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5

   Attorneys for Plaintiffs
6  LES JANKEY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                           UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11                                          )
    LES JANKEY, an individual; and          )   **CASE NO. CV-08-01876-CRB**
12  DISABILITY RIGHTS ENFORCEMENT,          )
    EDUCATION, SERVICES: HELPING            )   **NOTICE OF CHANGE OF FIRM**
13  YOU HELP OTHERS, a California public    )   **ADDRESS**
    benefit corporation,                    )
14                                          )
            Plaintiffs,                     )
15                                          )
    v.                                      )
16                                          )
    KING OF THAI NOODLE HOUSE; LING         )
17  K. KWOK; and 639 CLEMENT STREET         )
    INC., a California corporation          )
18                                          )
            Defendants.                     )
19  _____)

20          **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                          1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008         THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*

                               By: _____/S/_____
                                   THOMAS E. FRANKOVICH
                                   Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                           2