IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KING OF THAI NOODLE HOUSE, et al.,<br><br>    Defendants. | No. C 08-01876 CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT MEDIATION** |

Plaintiff's request to be excused from personally appearing at the mediation scheduled for May 21, 2009, is GRANTED.  Plaintiff must be available to participate fully by telephone throughout the course of the mediation.

**IT IS SO ORDERED.**

Dated:  May 20, 2009

WAYNE D. BRAZIL
United States Magistrate Judge