THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and <br> DISABILITY RIGHTS ENFORCEMENT, <br> EDUCATION, SERVICES: HELPING <br> YOU HELP OTHERS, a California public <br> benefit corporation, <br><br>        Plaintiffs, <br><br> v. <br><br> KING OF THAI NOODLE HOUSE; LING <br> K. KWOK; and CLEMENT STREET, INC. <br> a California corporation, <br><br> _____Defendants, <br> _____ | **CASE NO. CV-08-01876-CRB** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1

2      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

3 their designated counsel that the above-captioned action be and hereby is dismissed with

4 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

5      This stipulation may be executed in counterparts, all of which together shall constitute

6 one original document.

7

8 Dated: June 8, 2009          THOMAS E. FRANKOVICH,
                   *A PROFESSIONAL LAW CORPORATION*

9

10                  By: _____/s/_____
                      Thomas E. Frankovich
11                  Attorneys for Plaintiffs LES JANKEY, and
                  DISABILITY RIGHTS ENFORCEMENT,
12                  EDUCATION SERVICES

13

14 Dated: June 9, 2009          JANET BRAYER,
                  LAW OFFICES OF JANET BRAYER

15

16                  By: _____/ /_____
                      Janet Brayer
17                  Attorneys for Defendant 639 CLEMENT STREET,
                  INC.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON **JANKEY v. KING OF THAI NOODLE HOUSE**

Dated: June 8, 2009

LISA R. ROBERTS,
McNamara, Dodge, Ney Beatty, et al. LLP


By: _____//_____
                    Lisa R. Roberts
Attorneys for Defendant LING K. KWOK


## **ORDER**

       IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


DATED: _____June 10_____, 2009

_____

Honorable Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA